IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENTERTAINMENT BY J & J, INC. : | |
|                Plaintiff, : | |
|     vs. : | |
| 275 STUDIO 7, INC. d/b/a : | |
| STUDIO 7 : | CIVIL ACTION NO. 02-3022 |
|     and : | |
| JOHN A. TREASURE : | |
| 275-277 South 60th Street : | |
| Philadelphia, PA  19139 : | |
|           Defendants : | |

**NOTICE OF DISMISSAL**

      Kindly mark the above captioned matter dismissed without prejudice upon payment of your costs only.

 

HOWARD S. KLEIN, ESQUIRE
Attorney for Entertainment By J & J, Inc.
1315 Walnut Street, Suite 1200
Philadelphia, PA  19107
215/546-0310

Date:   January 08, 2003